# EXHIBIT F

| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| WESTERN DISTRICT OF WISCONSIN | | |
| Case number (if known) | Chapter | 11 |

☐ Check if this an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | The Collegiate of Madison LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 31-1807727 | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>513 North Lake Street<br>Madison, WI 53703<br>Number, Street, City, State & ZIP Code<br><br>Dane<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| Debtor | The Collegiate of Madison LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship |
|---|---|---|---|
| | District | When | Case number, if known |

| Debtor | The Collegiate of Madison LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [ ] Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

| Debtor | The Collegiate of Madison LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 22, 2019**
              MM / DD / YYYY

The Collegiate of Madison, LLC
By: The Collegiate Prop Man, Inc.,
Managing Member

X /s/ *[signature]*                               **Harold Langhammer**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X /s/ *[signature]*                      Date **November 22, 2019**
Signature of attorney for debtor              MM / DD / YYYY

**Kristin J. Sederholm 1001895**
Printed name

**Krekeler Strother, S.C.**
Firm name

**2901 West Beltline Highway
Suite 301
Madison, WI 53713**
Number, Street, City, State & ZIP Code

Contact phone **608-258-8555**   Email address **ksederho@ks-lawfirm.com**

**1001895 WI**
Bar number and State

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 4

The Collegiate of Madison, LLC has prepared neither a cash flow statement nor cash flow projection.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    11-22-19             Signature _____

**The Collegiate of Madison, LLC**
**By: The Collegiate Prop Man, Inc.,**
**Managing Member**

Harold Langhammer
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]
*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **The Collegiate of Madison LLC**                  Case No. _____
                                                               Debtor(s)       Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

                                                   **The Collegiate of Madison, LLC**
                                                 **By: The Collegiate Prop Man, Inc.,**
                                                 **Managing Member**

Date:   **November 22, 2019**                /s/ *Harold Langhammer*
                                                   **Harold Langhammer/President**
                                                   Signer/Title

Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
ATTN: Bankruptcy Unit, MS 5-144
P.O. Box 8901
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Workers' Compensation
P.O. Box 7948
Madison, WI 53708-8191

US Attorneys Office for the Western
District of Wisconsin
222 West Washington Avenue
Suite 700
Madison, WI 53703

Ascentium Capital LLC
23970 Hiwghway 59 N
Kingwood, TX 77339-1535

Braun Thyssen Krupp Elevator
N56 W13535 Silver Spring Drive
Menomonee Falls, WI 53051

Global Water Technologies
354 W. Armory Drive
South Holland, IL 60473

Harker Heating & Cooling, Inc.
87 W. Beltline Hwy
Madison, WI 53713

Attorney Scott N. Herrick
Herrick & Kasdorf, LLP
16 North Carroll Street
Madison, WI 53703

Kone Elevators and Escalators
5821 Femrite Drive
Madison, WI 53718

Lakeland Chemical
W140 N5090 Lilly Road
Menomonee Falls, WI 53051

```
Madison Gas & Electric Co.
PO Box 1231
Madison, WI 53701-1231

RAIT Funding LLC
c/o RAIT Financial Trust
Circa Centre
2929 Arch Street, 17th Floor
Philadelphia, PA 19104-2870

RSP Capital Partners LLC
75 South Broadway Floor 4
White Plains, NY 10601

Secure Fund LLC and/or Assigns
PO Box 215
Plover, WI 54467-0215

Attorney David R. Sparer
Herrick & Kasdorf, LLP
16 North Carroll Street
Madison, WI 53703

Spectrum Cable
PO Box 3019
Milwaukee, WI 53201-3019

Stotler & Stotler SC
702 N Blackhawk Ave # 212
Madison, WI 53705

Summit Companies
Summit Fire Protection
575 Minnehaha Avenue West
Saint Paul, MN 55103-1573

US Bank National Association as Trustee,
on behlaf of Registered Holders of
CitiGroup Commercial Mortgage Securities

Waste Management
Corporate Office
1001 Fannin, Suite 4000
Houston, TX 77002
```

Fill in this information to identify the case:

Debtor name: **The Collegiate of Madison LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WISCONSIN**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Attorney Scott N. Herrick<br>Herrick & Kasdorf, LLP<br>16 North Carroll Street<br>Madison, WI 53703 | | Legal fees/expenses | | | | $23,752.20 |
| Stotler & Stotler SC<br>702 N Blackhawk Ave # 212<br>Madison, WI 53705 | | Accountant | | | | $16,260.00 |
| Kone Elevators and Escalators<br>5821 Femrite Drive<br>Madison, WI 53718 | | Elevator service | Disputed | | | $8,565.24 |
| Attorney David R. Sparer<br>Herrick & Kasdorf, LLP<br>16 North Carroll Street<br>Madison, WI 53703 | | Legal fees/expenses | | | | $5,818.00 |
| Madison Gas & Electric Co.<br>PO Box 1231<br>Madison, WI 53701-1231 | | Utility expense | | | | $4,811.53 |
| Spectrum Cable<br>PO Box 3019<br>Milwaukee, WI 53201-3019 | | Communication expenses | | | | $4,125.21 |
| Summit Companies<br>Summit Fire Protection<br>575 Minnehaha Avenue West<br>Saint Paul, MN 55103-1573 | | Fire Extinguisher Services | | | | $1,703.83 |

Official form 204 — Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims — page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | The Collegiate of Madison LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Harker Heating & Cooling, Inc.<br>87 W. Beltline Hwy<br>Madison, WI 53713 | | Air Conditioning Services | | | | $1,402.06 |
| Braun Thyssen Krupp Elevator<br>N56 W13535 Silver Spring Drive<br>Menomonee Falls, WI 53051 | | Elevator Services | | | | $1,368.00 |
| Lakeland Chemical<br>W140 N5090 Lilly Road<br>Menomonee Falls, WI 53051 | | Chemical Supplies | | | | $1,051.84 |
| Waste Management Corporate Office<br>1001 Fannin, Suite 4000<br>Houston, TX 77002 | | Garbage Services | | | | $987.52 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Collegiate of Madison LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WISCONSIN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

The Collegiate of Madison, LLC
By: The Collegiate Prop Man, Inc.,
Managing Member

Executed on  November 22, 2019      X /s/ Harold Langhammer
                                    Signature of individual signing on behalf of debtor

**Harold Langhammer**
Printed name

**President**
Position or relationship to debtor